DECEMBER 23, 1974

PEOPLE v TURNER. (Docket No. 56,246.) It appearing that the Genesee County Circuit Court by order of July 24, 1974 has appointed attorney W. Schuyler Seymour, Jr., to assist defendant-appellant in perfecting an application for leave to appeal to this Court, that this Court by order of August 23, 1974, has appointed the State Appellate Defender for the same purpose, that defendant-appellant has expressed his desire in writing to have the State Appellate Defender represent him, and attorney W. Schuyler Seymour, Jr., having filed a motion to withdraw as defendant-appellant's counsel; now therefore it is ordered that the same motion to withdraw as counsel be, and the same hereby is, granted. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief, Appellate Division, and *F. Jack Belzer,* Assistant Prosecuting Attorney, for the people. *State Appellate Defender,* for defendant-appellant. Case below, Court of Appeals No. 17,545, per curiam opinion of May 24, 1974.

PEOPLE v SAMUEL WILLIAMS. (Docket No. 56,317.) On order of the Court, the communication from Recorder's Court in this matter is noted, and this Court hereby rescinds the appointment of Leroy Daggs. This Court further orders that the previous order of this Court in this case, dated October 11, 1974, appointing the State Appellate Defender's Office, shall continue in full force and effect. *State Appellate Defender* for defendant-appellant.